**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| FRANK GUTIERREZ, | ) | NO. CV 08-5084-CBM(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| FERNANDO GONZALES, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED:  ____12/8/08_____.

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE